IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BENJAMIN GOMEZ**,                                                                    No. 3:09-869-SU

        Plaintiff,                                                          OPINION AND ORDER

        v.

**MICHAEL J. ASTRUE**,

Commissioner of Social Security

        Defendant.

**MOSMAN, J.**,

      On September 8, 2010, Magistrate Judge Sullivan issued her Findings and

Recommendation ("F&R") (#17) in the above-captioned case recommending that the

Commissioner's decision should be reversed and remanded for immediate calculation and award

of benefits.  The defendant did not file objections.

**DISCUSSION**

      The magistrate judge makes only recommendations to the court, to which any party may

file written objections.  The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination.  The court is generally required to

make a de novo determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, de novo or under any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to

review the F&R depends on whether or not objections have been filed, in either case, I am free to

accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Sullivan's recommendation, and I ADOPT the F&R

(#17) as my own opinion.

IT IS SO ORDERED.

DATED this  9th  day of December, 2010.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court